Copy 1/2

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

**INMATE REQUEST**

510-2310-1045

Mail Number: _____
Team Number: _____
Institution: _____

**TO:** (Check One)
- [✓] Warden
- [ ] Asst. Warden
- [ ] Classification
- [ ] Security
- [ ] Medical
- [ ] Mental Health
- [ ] Dental
- [ ] Other _____

**FROM:**
| Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|
| Anthony Gardner | P39227 | Y1-113 | N/A | 10-29-23 |

**REQUEST**                Check here if this is an informal grievance [✓]

I'm writing this grievance according to Chapter 33-602-210(3) excessive force that was use on 10-21-23. At approximately 11:46. The G-Dorm Dayroom camer will show while I was on the floor with my hands behind my back with restraint (hand cuff) on. Officer Pierre-Louis repeatedly knee me in my private parts (TESTICLE) While Puching me in the back of my head and my ribs stateing YEAH BITCH ASS NIGGA, I WILL KILL YOU PUSSY, I TOLD YOU I'll ROLL YOUR DOOR!!! I will LIKE the camer footage save. Office Pierre-Louis Clearly violated Chapter 33-602.210.(3)(C) Any force use must be reasonable, lawful, consistent with current training, and of the minimum amount necessary to achive one or more of the objectives listed in paragraph. I will be pushing for charges to be press asking the Inspector general to Investgate this issue so that officer Pierre-Louis would not be able to hurt another Inmate or violate Chapter 33 rules

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): Anthony Gardner          DC#: P3227

RECEIVED OCT 30 2023
By_____

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**                DATE RECEIVED: _____

The issue of your complaint has been referred to the investigative section of the Office of the Inspector General for appropriate action.

Upon completion of necessary action, information will be provided to appropriate administrators for final determination and handling. This may or may not result in a personal interview with you.

As action has been initiated, you may consider your appeal approved from that standpoint.

MAILED DATE:
NOV 14 2023
INMATE GRIEVANCE OFFICE

[The following pertains to informal grievances only:
Based on the above information, your grievance is __Approved__. (Returned, Denied, or Approved.) If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Print Name): J. Dawson, AWP     Official (Signature): _____     Date: 11/08/2023

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)

Incorporated by Reference in Rule 33-103.005, F.A.C.

COPY 1/2

# STATE OF FLORIDA
# DEPARTMENT OF CORRECTIONS

**INMATE REQUEST**

510-2311-0023

Mail Number: _____
Team Number: _____
Institution: _____

| TO: (Check One) | ☑ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☐ Mental Health | ☐ Dental ☐ Other |

| FROM: | Inmate Name: ANTHONY GARDNER | DC Number: P39... | Quarters: 41-113 | Job Assignment: N/A | Date: 10-29-23 |

**REQUEST**   Check here if this is an informal grievance ☑

I'm writing this informal grievance officers Pierre-Louis for being in direct violation of Chapter 33. of High security Inmate that the Door shall not be open or the Inmate shall not be move without the LT or the OIC is in front of the Door prenses, on the Day of of 10-21-23 at approximatly at 11:30 while feeding chow officer Pierre-Louis was put a sterfom tray in my Flap with nothing in the tray, I told officer Pierre-Louis aint nothing in my food tray he said that for not taking the paper off the lights we was going back and forward and he yell when he was at the feeding at Room 12. and got on the radio and call for my Door to be roll with out the shift OIC or LT prence at my Door front as Chapter 33 outline. Officer Pierre-Louis clearly violated Chapter 33 by ordering my Door to be open. when he was not train to act like a GHETTO MAN on the STREETS which put people lives and on the line. I will be writing the Inspector Genter to investigate this matter View the camer.

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): _____   DC#: _____

**RECEIVED NOV 01 2023**   By: _____

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**   DATE RECEIVED: _____

Your informal grievance was received, reviewed, evaluated and was DENIED.

A review of the fixed wing camera was conducted does not substantiate your claim, furthermore Officer Pierre-Louis was interviewed and denies all allegations.

**MAILED DATE: NOV 16 2023**

**INMATE GRIEVANCE OFFICE**

[The following pertains to informal grievances only:]

Based on the above information, your grievance is __Denied__. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Print Name): Capt. J. Chavarria | Official (Signature): _____ | Date: 11/14/23 |

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant wa later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)

Incorporated by Reference in Rule 33-103.005, F.A.C.

**FLORIDA DEPARTMENT OF CORRECTIONS**
**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ Third Party Grievance Alleging Sexual Abuse

TO: ☐ Warden  ☐ Assistant Warden  ☒ Secretary, Florida Department of Corrections
From or IF Alleging Sexual Abuse, on the behalf of:

GARDNER ANTHONY — P39227 — CHARLOTTE CORRECTIONS
Last  First  Middle Initial   DC Number   Institution

MAILED/FILED WITH AGENCY CLERK
DEC 27 2023
Department of Corrections
Bureau of Inmate Grievance Appeals

Part A – Inmate Grievance     24-6-06106

APPEAL APPROVED INFORMAL GRIEVANCE

I AM WRITING THIS APPEAL APPROVED INFORMAL GRIEVANCE DO TO THE FACT I HAVE NOT SEEN NO APPROPRIATE ACTION YET. THE REMEDY I'M LOOKING FOR IS TO PRESS CHARGES. I'M WRITING THIS GRIEVANCE ACCORDING TO CHAPTER 33-602-210(3) EXCESSIVE FORCE THAT WAS USE ON 10-21-23, AT APPROXIMATELY 11:46. THE G-DORM DAY ROOM CAMER WILL SHOW WHILE I WAS ON THE FLOOR WITH MY HANDS BEHIND MY BACK WITH RESTRAINT (HANDCUFF) ON. OFFICER PIERRE-LOUIS REPEATEDLY KNEE ME IN MY PRIVATE PARTS (TESTICLE) WHILE PUNCHING ME IN THE BACK OF MY HEAD AND MY RIBS STATEING YEAH BITCH ASS NIGGA, I WILL KILL YOUR PUSSY, I TOLD YOU I'LL ROLL YOUR DOOR!!! I WILL LIKE THE CAMER FOOTAGE SAVE OFFICE PIERRE-LOUIS CLEARLY VIOLATED CHAPTER 33-602.210.(3)(C) ANY FORCE USE MUST BE REASONABLE LAWFUL, CONSISTENT WITH CURRENT TRAINING, AND OF THE MINIMUM AMOUNT NECESSARY TO ACHIVE ONE OR MORE OF THE OBJECTIVES LISTED IN PARAGRAPH. I WILL BE PUSHING FOR CHARGES TO BE PRESS ASKING THE INSPECTOR GENERAL TO INVESTGATE THIS ISSUE SO THAT OFFICER PIERR-LOUIS WOULD NOT BE ABLE TO HURT ANOTHER INMATE OR VIOLATE CHAPTER 33 RULES. THE REMEDY I'M LOOKING FOR IS TO PRESS CHARAGES. I BEEN WAITING ON THE INSPECTOR GENERAL TO TAKE ACTION AS THE RESPONSE SAY IN THE APPROVED GRIEVANCE.

12-18-23.
DATE

ANTHONY GARDNER P39227
SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: ___ / ___
                                                                        #      Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____   Institutional Mailing Log #: _____   _____
                            (Date)                                                        (Received By)

DISTRIBUTION:
INSTITUTION/FACILITY          CENTRAL OFFICE
INMATE (2 Copies)             INMATE
INMATE'S FILE                 INMATE'S FILE - INSTITUTION/FACILITY
INSTITUTIONAL GRIEVANCE FILE  CENTRAL OFFICE INMATE FILE
                              CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)     Incorporated by Reference in Rule 33-103.006, F.A.C.

IOH NF 510
OFF. PIERRE-LOUIS
MINSH 0001219363

## PART B - RESPONSE

| GARDNER, ANTONY | P39227 | 2401-510-170 | CHARLOTTE C.I. | Y1 |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for administrative remedy is in non-compliance with Chapter 33-103.014(1)(v), Inmate Grievance Procedure, the inmate is using the grievance process to ask questions or seek information, guidance, or assistance.

Based on the foregoing information, your grievance is being RETURNED WITHOUT ACTION.

_S. Bh G. Buck_     _J. Dawson, AWP_     01/30/24

SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING     SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE     DATE

MAILED DATE:
JAN 30 2024
INMATE GRIEVANCE OFFICE