Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

MIDDLE District of FLORIDA

Ft. MYERS Division

Plaintiff(s): ANTHONY J. GARDNER

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Defendant(s): PIERRE-LOUIS

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. 2:24-CV-00402-SPC-NPM
(to be filled in by the Clerk's Office)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: ANTHONY J GARDNER
All other names by which you have been known:
ID Number: P39227
Current Institution: CHARLOTTE CORRECTIONAL INSTITUTION
Address: 33123 OIL WELL ROAD
PUNTA GORDA, FL 33955
City / State / Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: PIERRE-LOUIS
Job or Title (if known): CORRECTION OFFICER
Shield Number:
Employer: CHARLOTTE CORRECTIONAL INSTITUTION
Address: 33123 OIL WELL ROAD
PUNTA GORDA, FL 33955
City / State / Zip Code
[X] Individual capacity  [ ] Official capacity

Defendant No. 2
Name:
Job or Title (if known):
Shield Number:
Employer:
Address:
City / State / Zip Code
[ ] Individual capacity  [ ] Official capacity

Defendant No. 3
   Name _____
   Job or Title *(if known)* _____
   Shield Number _____
   Employer _____
   Address _____

   _____ _____ _____
   *City*                *State*              *Zip Code*
   ☐ Individual capacity    ☐ Official capacity

Defendant No. 4
   Name _____
   Job or Title *(if known)* _____
   Shield Number _____
   Employer _____
   Address _____

   _____ _____ _____
   *City*                *State*              *Zip Code*
   ☐ Individual capacity    ☐ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

   A.   Are you bringing suit against *(check all that apply)*:

      ☐ Federal officials (a *Bivens* claim)

      ☑ State or local officials (a § 1983 claim)

   B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

   CRUEL AND UNUSUAL PUNISHMENTS CLAUSE OF THE EIGHTH AMENDMENT

   C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

N/A

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. OFFICER PIERRE-LOUIS repeatedly knee me in my private parts (TESTICLE) WHILE PUNCHING ME IN MY BACK OF MY HEAD and my ribs. WHILE I WAS ON THE FLOOR WITH my hands behind my BACK with restraints (HANDCUFFS) ON. Also STATEING YEAH BITCH ASS NIGGA, I will KILL YOU PUSSY, I TOLD YOU I ROLL 1Gun DEEP.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☒ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner
☐ Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B. If the events giving rise to your claim arose in an institution, describe where and when they arose. EXCESSIVE USE OF force that was on 10-21-23, AT Approximately 11:46 IN G-DORM DAYROOM WHERE THE CAMER Record Everything AT CHARLOTTE CORRECTIONAL INSTITUTION "CM"

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

10-21-23 AT Approximately 11:46 FEEDING TIME

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* ON 10-21-23 AT Approximately 11:46, THE G-Dorm Camer WILL SHOW WHILE I was on the Floor with my back with restraint (handcuff) ON. OFFICER PIERRE-LOUIS repeatedly Knee me in my private parts. (TESTICLE) WHILE PUNCHING me in my Back of my head and my ribs stateing YEAH BITCH ASS NIGGA, I WILL KILL YOU PUSSY. I TOLD YOU I'll Roll your Door !!! WHILE DROPING DOWN ON My LEFT ANKLE. OFFICER PIERRE-LOUIS was THE OFFICER THAT ROLL my CELL Door WHEN HE WAS NEVER POST TO ROLL my Door WITHOUT THE SHIPT OIC STAND AT THE CELL DOOR FRONT. PIERRE LOUIS IS THE OFFICE THAT DID EVERYTHING SEE ATTECHMENT

V. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. YES I HAD WENT TO SICK CALL TO SEE WHY my LEFT ANKLE IS SWOLL AND I CANT STAND ON IT TO LONG WITHOUT my LEFT ANKLE HURTING BAD. SO THE Doctor ORDER A X-RAY ON my LEFT ANKIE AND THE X-RAY CAME BACK THAT my LEFT ANKL WAS BADly FRACTOR So THE Doctor ORDER ME 600 milgrams of IBUPROFEN AND A ANKLE RAP TO RAP my ANKL UP. AND I HAD A X-RAY for my Back

VI. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. FOR ALL I WENT THROUGH. I STILL CANT BELIEVE THAT A OFFICER CAN ROLL my Door and for ALL HE DID TO ME WHILE I WAS In restraints with my hands Behind my Back. AND TELLING INMATES I'm A SNITCH So THAT my TIME BE HARD and for ALL my Pain from my ANKL and THE UNLAWFUly BEATING HE Did To ME I'm money Damages and punitive damages. I'm ASKING FOR 30 THOUSAND DOLLERS FOR ALL THE PAIN THE CAMER Footage will BACK ME UP.

IV. D. Contonue

Officer Pierre-Louis then went along and told the other inmates that I'm a snitch. Now all the inmate is after me. That's the wrost label to have in prison also all my property have been thrown away. I realy thought I was going to die from a unlawful act of use of force from Officer Pierre-Louis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

CHARLOTTE CORRECITONAL INSTITUTION

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

EXCESSIVE FORCE

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☑ No

E. If you did file a grievance:

1. Where did you file the grievance?

CHARLOTTE CORRECTIONAL INSTITUTION

2. What did you claim in your grievance? I'm writing this grievance according to CHAPTER 33-602-216(3) EXCESSIVE FORCE that was use on 10-21-23, AT Approximately 11:46, THE G-DORM DAYROOM CAMER WILL show: WHILE I WAS ON THE floor WITH my hands behind my back with restraint (handcuff) ON. OFFICER PIERRE-LOUIS repeatedly knee me in my private part. (TESTICLE) WHILE PUNHIM ME IN the Back of the head and my ribs stateing. YEAH BITCH ASS NIGGA SEE ATTECHMENTS.

3. What was the result, if any? My Grievance that I file on OFFICE PIERRE LOUIS, was APPROVED. By J. DAWSON, AWP. For the unlawful excessive force THAT WAS USE ON ME.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*
Yes THE Grievance Process is Completed. I file the informal grievance which got approve, then I file formal grievance then I Appeal the approve grievance Too.

ATTECHMENTS
E. 2.

I will kill you pussy. I TOLD you I'll roll your Door!!! I will like for the CAMER footage SaVE OFFICE PIERRE-LOUIS clearly violated Chapter 33-602.210 (3)(C) ANY FORCE USE MUST BE reasonable lawful consistent with current training, and of the minimum amount necessary to achive one or more of the objectives listed in paragraph. I will ~~febe~~ be pushing for charges to be press asking the inspector general to investgate this Issue SO THAT OFFICER PIERRE-LOUIS would NOT beable TO HurT ANOTHER INMATE or VIOlate Chapter 33 rules.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

- F. If you did not file a grievance:

    1. If there are any reasons why you did not file a grievance, state them here: N/A

    2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any: N/A

- G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. I appeal to THE Informal grievance then appeal the approve grievance.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s)  N/A
   Defendant(s) N/A

2. Court *(if federal court, name the district; if state court, name the county and State)*
   N/A

3. Docket or index number
   N/A

4. Name of Judge assigned to your case
   N/A

5. Approximate date of filing lawsuit
   N/A

6. Is the case still pending? N/A
   ☐ Yes
   ☐ No
   If no, give the approximate date of disposition. N/A

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)* N/A

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment? NO

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes
☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _N/A_

   Defendant(s) _N/A_

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _N/A_

3. Docket or index number

   _N/A_

4. Name of Judge assigned to your case

   _N/A_

5. Approximate date of filing lawsuit

   _N/A_

6. Is the case still pending?

   ☐ Yes
   ☐ No

   If no, give the approximate date of disposition _N/A_

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)* _N/A_

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7-21-24

Signature of Plaintiff: ANTHONY GARDNER
Printed Name of Plaintiff: Anthony Gardner
Prison Identification #: P39227
Prison Address: Charlotte Correctional Institution 33123 Oil Well Rd
Punta Gorda, Fl 33955

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
Telephone Number: _____
E-mail Address: _____